627 A.2d 176

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Delrico ELLIS, Petitioner.**

Supreme Court of Pennsylvania.

July 12, 1993.

## ORDER

PER CURIAM:

The Petition for Allowance of Appeal is granted. The matter is remanded to the Court of Common Pleas of Allegheny County with instructions to file an opinion addressing the issue of the verdict being against the weight of the evidence, using the proper standard.